E-FILED
Friday, 21 March, 2008  01:31:16 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

**United States of America,**
    **Plaintiff**

**Vs.**

**Sean A. Stephenson,**
    **Defendant**

**Criminal No. 96 20073**

## MOTION FOR SENTENCE REDUCTION UNDER USSC AMENDMENT 1B1.10 and 18 USC 3582

    Now comes, the Defendant, Sean A. Stevenson, and respectfully requests that under revisions made to Amendments 1B1.10 with respect to requests for retroactive application for sentence reduction and under the applicable provisions of 18 USC 3582 as it applies to sentence reduction, that said defendant is eligible for consideration of sentence reduction under the above amendments and applicable USC section cited. Said eligibility is also confirmed by his inclusion in USSC Datafiles for the Central District of Illinois as a Retroactive Eligible Crack Cocaine Amendment Offender.

    Defendant further requests that a review of said request be undertaken immediately, that after said review and finding no impediments or objections thereto; that defendants motion for sentence reduction be approved and that his release from confinement be processed as expeditiously as possible.

Wherefore, Defendant, Sean A. Stevenson, prays for the relief sought herein as set forth above.

_____
Leonard F. Sacks, Attorney at Law

CERTIFICATE OF SERVICE

Now comes Leonard F. Sacks, and hereby states under penalty of perjury that he served a copy of the foregoing Motion Seeking Reduction of Sentence under Amendment 1B1.10 USSC Revised Guidelines upon the U.S. Attorney's Office in Urbana, Illinois by serving said Motion electronically under the PACER System EFS on this date, said receipt being confirmed by confirmation of receipt number xxxxxxx.

Further, Attorney Leonard F. Sacks, does further state that a paper copy of this same Motion was mailed to U.S. Attorney's office, Central District of Illinois, Urbana, Illinois, postage prepaid on the 7th day of March, 2008.

_____

Leonard F. Sacks
Attorney at Law
Atty. Reg. No. 02439492
Two Dearborn Square, Suite One
Kankakee, Illinois 60901
815 933.5500